UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEFENIA L. MAGEE,<br><br>              Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. C10-1821-RSM<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has considered the Commissioner's unopposed motion to enter judgment in favor of plaintiff, the Report and Recommendation of the Honorable Brian A. Tsuchida, and the balance of the record, and **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's fully favorable decision of February 15, 2013 is adopted and based on this decision judgment is entered for plaintiff.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 6th day of June 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1