UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEFENIA L. MAGEE,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C10-1821 RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING PROPOSED ORDER |

The Court, after careful consideration of the parties' briefs, all filings and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Brian A. Tsuchida, and the balance of the record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Prior to entry of Judgment the parties are directed to submit a proposed Order consistent with the Report and Recommendation of Judge Tsuchida, which also sets out any deductions or off-sets to the award.

(3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER DISMISSING CASE
PAGE - 1

1

2     DATED this 1st day of November 2013.

3

4

5

6                            RICARDO S. MARTINEZ

7                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING CASE
PAGE - 2